Joseph J. Kittel, Appellant, *v.* Henry Stueve, Respondent.

(Submitted April 22, 1895; decided May 3, 1895.)

Appeal from order of the General Term of the Court of Common Pleas for the city and county of New York, made the first Monday of February, 1895, which affirmed an order of Special Term denying a motion to punish defendant for contempt.

*John A. Straley* for appellant.

*Frederic W. Hinrichs* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Appraisal of the Property of Charles H. Edwards, Deceased, under the Transfer Tax Act.

(Argued April 22, 1895; decided May 3, 1895.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, made March 7, 1895, which affirmed an order of the surrogate of Kings county confirming an appraisal and assessment and imposing a tax under chapter 713, Laws of 1887.

*John H. Corwin* for appellant.

*Emmet R. Olcott* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.